IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:25-cr-01086-BHH |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES ANTHONY GARRIS | ) | |

**PRELIMINARY ORDER OF FORFEITURE AS TO CHARLES ANTHONY GARRIS**

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant Charles Anthony Garris ("Garris" or "Defendant"), based upon the following:

1. On September 11, 2025, an Indictment was filed charging Garris with:

   Count 1: Possession of child pornography, in violation of 18 U.S.C. §§2252A(a)(5)(B) and (b)(2);

   Count 2: Distribution of child pornography, in violation of 18 U.S.C. §§2252A(a)(2) and (b);

   Count 3: Transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470;

   Count 4: Sexual exploitation of children, in violation of 18 U.S.C. §§ 2251(a) and (e);

   Count 5: Coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b); and

   Count 6: Penalties for registered sex offenders, in violation of 18 U.S.C. §2260A.

2. Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a forfeiture allegation providing that upon Garris's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified therein, such assets

include, but are not limited to the following:

A. Electronic Equipment:

1. One (1) Samsung Galaxy, SN: R9WWA0FADYP
2. One (1) Samsung Galaxy, IMEI: 354519743067192
3. One (1) Cellution Phone
4. One (1) Samsung Galaxy, IMEI: 357532325152222
5. One (1) Blu Smartphones, SN: 1110339022009327
6. One (1) OX Tab, SN: MKLJ5AP0R56A8SO9RPW
7. One (1) Samsung Galaxy Tablet, SN: R9TX202Q0ED
8. One (1) Amazon Kindle Fire HD Tablet, SN: GCC1AQ06215401Y1
9. One (1) Samsung Galaxy Tablet, SN: R83WA10BHAD
10. One (1) Onn Tablet, SN: 520620183053302
11. One (1) Samsung Galaxy Tablet, SN: R9TWB0CL9FA
12. One (1) HP laptop with power cord, SN: 5CD103RQLX
13. One (1) Apple Ipad- A1458, SN: DMPKD0L7FCYG

B. Proceeds/Forfeiture Judgment:[1]

A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violation of Title 18.

3. On June 10, 2026, Garris signed a Plea Agreement, agreeing to forfeiture and pled guilty to Count 6, which charged the offense of Penalties for Registered Sex Offenders, in violation of 18 U.S.C. §2260A.

4. Based upon Defendant's conviction and the plea agreement filed on June 10, 2026, the court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. § 2253(a)(2) and 28 U.S.C. § 2461(c).

[1] The government is not pursuing a forfeiture judgment against Defendant.

5. The court has determined that the government has established the requisite nexus between the said property subject to forfeiture and the offense for which Garris has been convicted; therefore, the United States is entitled to a preliminary order of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights.

Accordingly, it is hereby **ORDERED,**

1. The following property is hereby forfeited to the United States of America, along with all rights, title, and interest of the Defendant, Charles Anthony Garris, in and to such property:

A. Electronic Equipment:

1. One (1) Samsung Galaxy, SN: R9WWA0FADYP
   Asset ID: 24-ICE-002934

2. One (1) Samsung Galaxy, IMEI: 354519743067192
   Asset ID: 24-ICE-002934

3. One (1) Cellution Phone
   Asset ID: 24-ICE-002934

4. One (1) Samsung Galaxy, IMEI: 357532325152222
   Asset ID: 24-ICE-002934

5. One (1) Blu Smartphones, SN: 1110339022009327
   Asset ID: 24-ICE-002934

6. One (1) OX Tab, SN: MKLJ5AP0R56A8SO9RPW
   Asset ID: 24-ICE-002934

7. One (1) Samsung Galaxy Tablet, SN: R9TX202Q0ED
   Asset ID: 24-ICE-002934

8. One (1) Amazon Kindle Fire HD Tablet, SN: GCC1AQ06215401Y1
   Asset ID: 24-ICE-002934

9. One (1) Samsung Galaxy Tablet, SN: R83WA10BHAD
   Asset ID: 24-ICE-002934

10. One (1) Onn Tablet, SN: 520620183053302
    Asset ID: 24-ICE-002934

11. One (1) Samsung Galaxy Tablet, SN: R9TWB0CL9FA
    Asset ID: 24-ICE-002934

12. One (1) HP laptop with power cord, SN: 5CD103RQLX
    Asset ID: 24-ICE-002934

13. One (1) Apple Ipad- A1458, SN: DMPKD0L7FCYG
    Asset ID: 24-ICE-002934

2. Upon entry of the criminal judgment, this order becomes final as to Garris and shall be made a part of the sentence and included in the criminal judgment.

3. The United States shall publish notice of this Order and its intent to dispose of the property in such manner as the Attorney General may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the said property.

4. Upon entry of this Order, the United States or their designee is authorized to seize the above-described forfeited property as directed by the United States Attorney's Office and to commence proceedings that comply with statutes governing third party rights.

5. Any person, other than the named Defendant, asserting a legal interest in the subject property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest

in the subject property and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c).

6. Any petition filed by a third party asserting an interest in the above-described property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, the time and circumstances of the petitioner's acquisition of the right, title or interest in such property, and additional facts supporting the petitioner's claim and the relief sought.

7. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8. The United States shall have clear title to the property following the court's determination of all third party interests, or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

9. The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

10. The Clerk, U.S. District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

[SIGNATURE PAGE TO FOLLOW]

AND IT IS SO ORDERED.

s/ Bruce Howe Hendricks
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

August 28, 2026
Charleston, South Carolina